UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:09-00162 |
| | ) | JUDGE CAMPBELL |
| ADARION C. MORRIS | ) | |

ORDER

The Court held a hearing on June 19, 2014, on the Petition alleging violations of the Defendant's conditions of supervised release. The Defendant failed to appear. The Court ordered the issuance of an arrest warrant for the Defendant for failure to appear.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE