UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


UNITED STATES OF AMERICA          )
                                  )
v.                                )          NO. 3:09-00162
                                  )          JUDGE CAMPBELL
ADARION C. MORRIS                 )


ORDER


Pending before the Court is a Motion to Order US Marshal Transport for Inpatient Drug

Treatment Assessment (Docket No. 103). The Government has filed its Response (Docket No.

106). The Motion is DENIED.

IT IS SO ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE