# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __TENNESSEE__

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |

| ADARION C. MORRIS | Case Number: | 3:09-00162 |
|---|---|---|
|  | USM Number: | 19210-075 |

Kyle F. Mothershead
Defendant's Attorney

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

X was found in violation of condition(s) __1 to 3 and 5 to 7__ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant shall participate in a program of drug testing and substance abuse treatment which may include a 30-day inpatient treatment program followed by up to 90 days in a residential reentry center at the direction of the Probation Officer | 5/27/14 |
| 2 | Defendant shall notify the Probation Officer at least ten days prior to any change in residence or employment | 5/27/14 |
| 3 | Defendant shall not commit another federal, state or local crime | 1/26/14 |
| 4 | Defendant shall work regularly at a lawful occupation, unless excused by the Probation Officer for schooling, training or other acceptable reasons | 2/14 |
| 5 | Defendant shall answer truthfully all inquiries by the Probation Officer and follow the instructions of the Probation Officer | 3/17/14 |
| 6 | Defendant shall be on curfew to remain at his residence from 10:00 p.m. until 6:00 a.m. as directed by the Probation Office or Supervising Officer | 5/22/14 |
| 7 | Defendant shall follow the instructions of the Probation Officer | 5/27/14 |

  The defendant is sentenced as provided in pages 1 and 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

X The defendant has not violated condition(s) __4__ and is discharged as to such violation(s) condition.

  It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No. __5546__

July 30, 2014
Date of Imposition of Judgment

Defendant's Year of Birth: __1986__

*Todd Campbell* (signature)
Signature of Judge

City and State of Defendant's Residence:

Nashville, Tennessee

Todd J. Campbell, United States District Judge
Name and Title of Judge

July 30, 2014
Date

| | |
|---|---|
| DEFENDANT: ADARION C. MORRIS | Judgment — Page 2 of 2 |
| CASE NUMBER: 3:09-00162 | |

## IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:     eleven (11) months

No period of Supervised Release is imposed.

__X__   The Court makes the following recommendations to the Bureau of Prisons:

   1. The court recommends credit for time served since the Defendant's Federal arrest on the Superseding Petition (Docket No. 93)

__X__   The Defendant is remanded to the custody of the United States Marshal.

____    The Defendant shall surrender to the United States Marshal for this District:

   ____ at _____ p.m. on _____

   ____ as notified by the United States Marshal.

____    The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

   ____ before 2 p.m. on _____

   ____ as notified by the United States Marshal.

   ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this Judgment.

_____

United States Marshal

By: _____

Deputy United States Marshal